■ Jasna Curko et al. v Dennis K. Cafiero et al. — Motion, insofar as it seeks leave to appeal to the Court of Appeals, denied; and insofar as it seeks reargument, the motion granted upon the following memorandum decision:

Upon reargument, the order of this court, dated November 29, 1984 (105 AD2d 1167), affirming the order of the Supreme Court, New York County (William P. McCooe, J.), entered on April 9, 1984, is adhered to. The order appealed from properly denied appellant's cross motion for leave to renew its prior motion to change venue to Queens County, instead of placing venue of these consolidated actions in New York County. The actions consolidated by the order at Special Term now include parties defendant who are residents of New York County.

That aspect of the instant motion seeking leave to appeal to the Court of Appeals is denied. Concur — Ross, J. P., Carro, Fein and Milonas, JJ.

■ In the Matter of Andrew J. Julien, Admitted as Andrew Jackson Julien, an Attorney. — Motion granted only insofar as to suspend respondent from practice as an attorney and counselor at law in the State of New York, effective January 31, 1985, until certain matters presently pending before the petitioner are resolved, and until the further order of this court. Concur — Murphy, P. J., Sullivan, Ross, Carro and Milonas, JJ.

Second Department, January, 1984

(January 4, 1985)

■ In the Matter of Gerald J. Garner (Admitted as Gerald J. Goldberg), a Suspended Attorney, Respondent. Grievance Committee for the Ninth Judicial District, Petitioner. — On the court's own motion, this court's order dated October 1, 1984 (103 AD2d 390) which suspended respondent from the practice of law for a period of one year is amended by changing the effective date of said suspension to read January 4, 1985. Mollen, P. J., Titone, Lazer, Mangano and Bracken, JJ., concur.